LEWIS BRISBOIS BISGAARD & SMITH LLP
JEFFERY G. BAIREY, SB# 111271
KIMBERLEI D. EVANS, SB# 205673
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants INTERVENTION AGENCY, INC.;
LEONARD MONTALVO; DAVID POLARIS; and
WEISS SULTAN, erroneously sued herein as SULTAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA CRUZ, OSCAR TINOCO, A Minor, By and Through His Guardian Ad Litem, ISABEL CRUZ, ALEJANDRO CRUZ, ISRAEL ORTIZ, CARLOS GALLARDO<br><br>Plaintiffs,<br><br>v.<br><br>The CITY OF OAKLAND, V. RIVERA, Individually And in His Capacity as A Police Officer For The City of Oakland, B. KLINE, Individually And in His Capacity as A Police Officer For The City of Oakland, M. MUNOZ, Individually And in His Capacity as A Police Officer For The City of Oakland, INTERVENTION AGENCY, INC., LEONARD MONTALVO, DAVID POLARIS, SULTAN, JAMES WEISS, EVA GARCIA, DOES 1 To 600<br><br>Defendants. | CASE NO. C04 00179 CW<br><br>**STIPULATION TO PROTECTIVE ORDER REGARDING LEONARD MONTALVO'S DEPOSITION** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to FRCVP 26(c), it is hereby stipulated by the parties to this action through their attorneys of record that Leonard Montalvo's residence addresses located in Oakland, California and Stockton, California, as identified at his June 22,

4817-1874-0224.1
-1-
STIPULATION TO PROTECTIVE ORDER

1 | 2005, deposition will not be disclosed to the public.
2 | The parties agree not to disclose this information to the public as the nature
3 | of Mr. Montalvo's security business requires him to come into contact with drug
4 | dealers, thieves and gang members. Disclosing Mr. Montalvo's personal and
5 | confidential information to the public has a potential of jeopardizing the safety of
6 | Mr. Montalvo and his family.

7 | DATED: July 21, 2005      LEWIS BRISBOIS BISGAARD & SMITH LLP
8 |                            JEFFERY G. BAIREY
9 |                            KIMBERLEI D. EVANS

11 | By _Kimberlei D. Evans_
12 |     Kimberlei D. Evans
     Attorneys for Defendants INTERVENTION
13 | AGENCY, INC., LEONARD MONTALVO,
     DAVID POLARIS, and WEISS SULTAN

15 | DATED: July 14, 2005      Steven R. Jacobsen
                                James L. Armstrong
17 | By _James L. Armstrong_
     Attorneys for plaintiffs

18 | DATED: July___, 2005      Arlene M. Rosen
19 |
20 | By_____
     Attorneys for defendant CITY OF OAKLAND

22 | DATED: July___, 2005      Fred M. Feller
23 |                            Ramon M. Gonzalez

25 | By_____
     Attorneys for defendants JAMES WEISS and
     EVA GARCIA

2005, deposition will not be disclosed to the public.

The parties agree not to disclose this information to the public as the nature of Mr. Montalvo's security business requires him to come into contact with drug dealers, thieves and gang members. Disclosing Mr. Montalvo's personal and confidential information to the public has a potential of jeopardizing the safety of Mr. Montalvo and his family.

DATED: July___, 2005           LEWIS BRISBOIS BISGAARD & SMITH LLP
                               JEFFERY G. BAIREY
                               KIMBERLEI D. EVANS


                               By_____
                                 Kimberlei D. Evans
                                 Attorneys for Defendants INTERVENTION
                                 AGENCY, INC., LEONARD MONTALVO,
                                 DAVID POLARIS, and WEISS SULTAN


DATED: July 14, 2005           Steven R. Jacobsen
                               James L. Armstrong

                               By _/s/ James L. Armstrong_____
                                 Attorneys for plaintiffs

DATED: July___, 2005           Arlene M. Rosen


                               By_____
                                 Attorneys for defendant CITY OF OAKLAND


DATED: July___, 2005           Fred M. Feller
                               Ramon M. Gonzalez


                               By_____
                                 Attorneys for defendants JAMES WEISS and
                                 EVA GARCIA

1  2005, deposition will not be disclosed to the public.

2  The parties agree not to disclose this information to the public as the nature
3  of Mr. Montalvo's security business requires him to come into contact with drug
4  dealers, thieves and gang members. Disclosing Mr. Montalvo's personal and
5  confidential information to the public has a potential of jeopardizing the safety of
6  Mr. Montalvo and his family.

7  DATED: July___, 2005          LEWIS BRISBOIS BISGAARD & SMITH LLP
8                                 JEFFERY G. BAIREY
                                   KIMBERLEI D. EVANS

11                                By_____
                                   Kimberlei D. Evans
12                                 Attorneys for Defendants INTERVENTION
                                   AGENCY, INC., LEONARD MONTALVO,
13                                 DAVID POLARIS, and WEISS SULTAN

15 DATED: July___, 2005           Steven R. Jacobsen
                                   James L. Armstrong

17                                By_____
                                   Attorneys for plaintiffs

18 DATED: July 19, 2005           Arlene M. Rosen
19
20                                By_____
                                   Attorneys for defendant CITY OF OAKLAND

22
23 DATED: July___, 2005           Fred M. Feller
                                   Ramon M. Gonzalez

25                                By_____
                                   Attorneys for defendants JAMES WEISS and
                                   EVA GARCIA

4817-1874-0224.1                  -2-
                          STIPULATION TO PROTECTIVE ORDER

1  2005, deposition will not be disclosed to the public.

2      The parties agree not to disclose this information to the public as the nature
3  of Mr. Montalvo's security business requires him to come into contact with drug
4  dealers, thieves and gang members. Disclosing Mr. Montalvo's personal and
5  confidential information to the public has a potential of jeopardizing the safety of
6  Mr. Montalvo and his family.

7  DATED: July___, 2005            LEWIS BRISBOIS BISGAARD & SMITH LLP
8                                  JEFFERY G. BAIREY
                                    KIMBERLEI D. EVANS

11                                 By_____
                                    Kimberlei D. Evans
12                                  Attorneys for Defendants INTERVENTION
                                    AGENCY, INC., LEONARD MONTALVO,
13                                  DAVID POLARIS, and WEISS SULTAN

15 DATED: July___, 2005            Steven R. Jacobsen
                                    James L. Armstrong

17                                 By_____
                                    Attorneys for plaintiffs

18 DATED: July___, 2005            Arlene M. Rosen

20                                 By_____
                                    Attorneys for defendant CITY OF OAKLAND

22
   DATED: July 14, 2005            Fred M. Feller
23                                  Ramon M. Gonzalez

24
25                                 By_____
                                    Attorneys for defendants JAMES WEISS and
                                    EVA GARCIA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4817-1874-0224.1                    -2-
                        STIPULATION TO PROTECTIVE ORDER

1  IT IS SO ORDERED this  10th  day of _____August_____, 2005.



**PROOF OF SERVICE**
*Alejandra Cruz, et al. v. The City of Oakland, et al.*
United States District Court, Northern District of California, Case No. C 04 00179 CW

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, CA 94104.

On this same date, I served documents via the United States District Court Northern District of California's Electronic Case Filing system described as follows:

**STIPULATION TO PROTECTIVE ORDER**

on designated recipients (as currently maintained as of the date and time of this filing on the United States District Court Northern District of California's Electronic Case Filing system) through electronic transmission through the United States District Court Northern District of California's Electronic Case Filing system. Upon completion of said transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by the United States District Court Northern District of California's Electronic Case Filing system. Once the United States District Court Northern District of California's Electronic Case Filing system has served all designated recipients, proof of electronic service is returned to the filing party.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 21, 2005, at San Francisco, California.

/s/ Meryle Mishkin
MERYLE MISHKIN

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4845-3783-3472.1