UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA CRUZ, et al.,<br><br>            Plaintiff(s),<br><br>      v.<br><br>CITY OF OAKLAND, et al.,<br><br>            Defendant(s). | No. C04-0179 CW (BZ)<br><br>**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |

   Some defendants have filed a timely request to have their insurer's claims representative, Brent Estergard, excused from personally attending the settlement conference.  Since no opposition was filed, the Court reluctantly excuses Mr. Estergard's personal attendance.  The Court **ORDERS** Brent Estergard to be available by telephone Thursday, December 15, 2005.  If the Court concludes that his absence is interfering with the settlement discussions, the Court may continue the settlement conference, require his personal attendance and impose appropriate sanctions.

Dated:  December 1, 2005

                                  Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-REFS\REFS.05\CRUZ EXCUSE.DEFENDANT.wpd

1